UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MC-07-414 (BMC)

In the Matter of

Jack Fisher,

an Attorney and Counselor-at-Law.　　　　　　　　　ORDER

Respondent.
-----------------------------------------------------------X

      An order having been entered in the Supreme Court of the State of New York, Appellate Division, SECOND Judicial Department, suspending respondent from the practice of law before that Court until further order of that Court,

      IT IS ORDERED, pursuant to Local Rule 1.5 that respondent, be and hereby is suspended from the practice of law before this Court upon such terms and conditions as set forth in the above mentioned order and until further order of this Court, and that this order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

      The docketing clerk is directed to mail a copy of the within to respondent and to close the within action without prejudice to reopening the matter upon application of respondent.

      SO ORDERED.

Dated:    Brooklyn, New York
           Oct 11, 2007

                                          s/Hon. Brian M. Cogan
                                          _____
                                          BRIAN M. COGAN, U.S.D.J.
                                          Chairman of the Committee on
                                          Grievances, E.D.N.Y.